944 A.2d 752

**Denise ELBERSON**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ELWYN, INC.).**

**Petition of Elwyn, Inc.**

Supreme Court of Pennsylvania.

March 18, 2008.

## ORDER

PER CURIAM.

AND NOW, this 18th day of March, 2008, the Petition for Allowance of Appeal and Petition for Supersedeas/Stay on Appeal are DENIED.